1
2
3
4
5
6
7
8
9
10
11
12
13
14

FILED
CLERK, U.S. DISTRICT COURT

JAN - 3 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15   UNITED STATES OF AMERICA,        )
16              Plaintiff,            ) ORDER OF DETENTION AFTER
                                      ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17              v.                    ) Allegations of Violations of Probation
                                      ) Supervised Release)
18   Dylan James Wild                ) Conditions of Release)
                                      )
19                                    )
              Defendant.              )
20   _____

         On arrest warrant issued by a United States District Court involving alleged
21
     violations of conditions of probation or Supervised Release,
22
         The court finds no condition or combination of conditions that will
23
     reasonably assure:
24
         (A)   ( ✓ )  the appearance of defendant as required; and/or
25
         (B)   ( ✓ )  the safety of any person or the community.
26
     //
27
     //
28

The court concludes:

A.    ( ✓ )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Allegation of incident of Domestic Violence
- Outstanding Restraining Order

(B)    ( ✓ )    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Failure to comply with Supervision / contact probation to the point of no contact / absconding
- History of substance abuse

IT IS ORDERED that defendant be detained.

DATED:  1/3/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE